# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| STEPHEN D. WILLIAMS | ) | Case No. |
| | ) | 17-MJ-7038-JCB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  November 22, 2016  in the county of  Plymouth  in the
_____ District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 2113(a) and (d) | defendant by force and violence and by intimidation, did take and attempt to take from the person and presence of another, money, in the amount of $1,760.00, more or less, belonging to, and in the care, custody, control, management and possession of a bank the deposits of which were then insured by the Federal Deposit Insurance Corportation, to wit, Mansfield Bank, 725 West Center Street, West Bridgewater, Massachusetts, and in committing the aforesaid offense did assault and put in fear the life of another person by the use of a dangerous weapon, to wit, a semi-automatic handgun. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

FBI TFO MARK K. WHEELER
Printed name and title

Sworn to before me and signed in my presence.

Date:  February 21, 2017

_____
Judge's signature

City and state:  Boston, Massachusetts        JENNIFER C. BOAL, Chief US Magistrate Judge
Printed name and title