**FEDERAL PUBLIC DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
51 SLEEPER STREET, 5TH FLOOR
BOSTON, MASSACHUSETTS 02210

TELEPHONE: 617-223-8061
FAX: 617-223-8080

March 6, 2020

Warden
USP McCreary
330 Federal Way
Pine Knot, KY 42635

VIA FAX: 606-354-7190

RE:  STEPHEN WILLIAMS (#00153-138)
     REQUEST FOR MEDICAL ATTENTION

Dear Warden,

I represent STEPHEN WILLIAMS (register #00153-138). It has been brought to my attention that my client is experiencing an issue requiring medical attention. The issue has been described to me as gastro-intestinal distress and severe stomach pain. Because Mr. Williams is relatively new to your facility and may not yet have been able to submit a request on his own, I am contacting you directly.

I trust that this letter will be adequate notice to ensure Mr. Williams receives timely medical attention. Please do not hesitate to contact me should any further information be needed.

Sincerely,

*/s/ J. Scott Lauer*
J. Scott Lauer
Assistant Federal Public Defender