UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Cr. No. 17-10054-MLW |
| | ) |
| STEPHEN WILLIAMS, | ) |
|     Defendant. | ) |

                    <u>MEMORANDUM AND ORDER</u>

WOLF, D.J.                                                        July 22, 2020

    On March 27, 2018, the court sentenced defendant Stephen Williams to a term of 60 months imprisonment and 3 years Supervised Release on two counts of bank robbery. <u>See</u> Judgment (Dkt. No. 58). His projected release date is February 25, 2021. Williams has, however, filed a Motion for Compassionate Release under 18 U.S.C. §3582(c)(1) (the "Motion"). <u>See</u> Dkt. Nos. 62, 72.

    Williams seeks a reduction in his sentence to time-served. He is suffering from severe gastrointestinal issues and contends that because of the COVID-19 pandemic he is unable to get adequate medical care in prison.  Therefore, Williams asserts that there are "extraordinary and compelling reasons" for such a reduction. <u>Id.</u>

    The government agrees that Williams should be released. <u>See</u> Dkt. No. 75. With the assent of Williams, it asks that the court reduce his sentence to time-served and order that he serve the

first seven months of his term of Supervised Release in home confinement at a location approved by Probation.

The court agrees that extraordinary and compelling reasons justify the reduction of Williams' sentence to time-served. See 18 U.S.C. §3582(c)(1)(A)(i); United States v. Pena, 2020 WL 2798259 (D. Mass. Mar. 29, 2020), at *7-9. Therefore, the Motion is being allowed.

Accordingly, it is hereby ORDERED that:

1. Defendant Stephen Williams' Motion for Compassionate Release Under 18 U.S.C. §3582(c)(1) (Dkt. Nos. 62, 72) is ALLOWED.

2. Williams' sentence is reduced to time-served and the terms of his Supervised Released are modified to add a special condition of home confinement, at a location approved by Probation, until February 25, 2021.

3. The Bureau of Prisons shall test Williams forthwith to determine if he is infected by the COVID-19 virus.  If he is not, it shall release Williams immediately.  If he is infected, the Bureau of Prisons shall request a modification of this Order.  In any event, the Bureau of Prisons shall inform the court when Williams is released.


UNITED STATES DISTRICT JUDGE