UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 17-10054-MLW |
| | ) | |
| STEPHEN D. WILLIAMS, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S UPDATE**

On July 23, 2020, this Court allowed Steven Williams' ("Williams") Motion for Compassionate Release (docket No. 76). In the Order, the Court ordered, among other things, that prior to his release, Williams be tested for COVID-19, that if Williams tested negative, he should be immediately released and that the Court be notified of Williams' release.  The Order was immediately forward by the parties to the Warden of Williams' facility.

On July 23, 2020, at approximately 2:15 pm, the undersigned AUSA spoke with a caseworker who was working with Williams and was informed that:

- Williams was immediately tested;

- Williams test was negative; and

- That following his release Williams, will be escorted to a Greyhound Bus Terminal at approximately 7:00 pm, provided a pre-paid ticket to Boston, meal money for the duration of his trip to Massachusetts, and cab fare from the bus terminal in Boston to his residence.

```
                              ANDREW E. LELLING
                              United States Attorney


                       By:    /s/ Kenneth G. Shine
                              KENNETH G. SHINE
                              Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by electronic filing notice.  Additionally, a copy of this motion was emailed to US Probation and to the Court's Deputy Courtroom Clerk.

```
                              /s/ Kenneth G. Shine
                              Kenneth G. Shine
                              Assistant U.S. Attorney
```